**Michael HITT, Plaintiff—Appellant,**

v.

**Amy ENBE, Head Nurse–Technician at Perry Correctional Institution; Stephen Claytor, Associate Warden of Perry Correctional Institution, sued for injunction officially and damages in individual capacities, Defendants— Appellees.**

No. 07–6662.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 7, 2008.

Decided: Jan. 17, 2008.

Jeffrey W. Newman, Dowse B. Rustin, IV, Nelson, Mullins, Riley & Scarborough, LLP, Greenville, South Carolina, for Appellant. Steven M. Pruitt, McDonald Patrick Baggett Poston & Hemphill, L.L.P., Greenwood, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hitt appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hitt v. Enloe*, No. 2:04–cv21999–TLW, 2007 WL 904395 (D.S.C. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*